**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Derrick WOODS, Defendant–Appellant.**

**No. 01–7864.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 12, 2002.

Decided: April 12, 2002.

Derrick Woods, Appellant Pro Se. Kevin Frank McDonald, Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before WILKINS, NIEMEYER, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

PER CURIAM.

Derrick Woods seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Woods,* Nos. CR–98–1172; CA–01–745–7–20 (D.S.C. Aug. 28, 2001); *see also Muth v. United States,* 1 F.3d 246, 250 (4th Cir.1993) (declining to consider claim raised for the first time on appeal). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*